*Co. of New York* v. *McGoldrick* (Id.). Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to confirm determination as modified by the stipulation of the parties.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BIELTY REALTY CORPORATION, Relator, Appellant, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. BIELTY REALTY CORPORATION, Relator, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

GEORGE FRAZIER, Appellant, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

WILLIAM S. SUSSMAN and Another, Respondents, v. SAMUEL KRONSKY and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and dismiss the complaint.

GEORGE E. PRICE, on Behalf of Himself and All Other Stockholders of PHŒNIX SECURITIES CORPORATION, Respondent, v. WALLACE GROVES and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

KEGAN SARKISIAN, Respondent, v. EDWARD J. VOLZ, as President of the International Photo-Engravers Union of North America, an Unincorporated Association, and Another, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted striking the cause from the Trial Term calendar and directing that the trial be held by the court without a jury. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MARINA BROOK, as Administratrix, etc., of PERCY BROOK, Deceased, Appellant, v. LA TOURAINE APARTMENTS, INC., and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting in addition to item 1, items 2 and 3 as demanded, and item 4 to the extent that defendants permitted the windows of the premises to be maintained without any of the necessary and proper equipment and safety devices provided for by Labor Law, section 202, and the rules of the board of standards and appeals, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HELEN ROSE DUBIN, Respondent, v. ALEXANDER DUBIN, Appellant. (Action No. 2.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

HELEN ROSE DUBIN, Respondent, v. ALEXANDER DUBIN, Appellant. (Action No. 1.) — Order, so far as appealed from, unanimously affirmed, with twenty

dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [174 Misc. 952.]

(May 13, 1941.)

JACK ROSENBERG and IRVING FREED v. WILLIAM I. NATHAN.—Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

(May 16, 1941.)

RICHARD HOPKINS and Others, Appellants, v. MOORE-MCCORMACK LINES, INC., Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse the determination of the Appellate Term and the order of the City Court and grant plaintiffs' motion for summary judgment. [See 175 Misc. 109.]

MAHONEY-CLARKE, INC., Appellant, v. THE CITY OF NEW YORK and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FLORENCE M. RAFTERY and Five Others, as Set Forth in the Petition, Petitioners, Respondents, for an Order under Article 78 of the Civil Practice Act against FIORELLO H. LAGUARDIA, Chairman, and Others, Members of and Constituting the Board of Estimate of the City of New York, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GRACE BOWEN, Respondent, v. NEW YORK CITY OMNIBUS CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,178.83; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ALFRED RIZZO, Petitioner, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin. P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE BALDANZA, Alias LARRY BALCAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CORPORATE PROPERTIES, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [175 Misc. 306.]

SLOANE ESTATES, INC., Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant.— Judgment and order, so far as appealed from, unani-